**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION**

UNITED STATES OF AMERICA,

v.                                                                      CASE NO. 1:94-cr-01037-MP-1

JENNIFER ANN STRICKLAND,

    Defendant.

_____/

**O R D E R**

This matter is before the Court on the government's Application for Writ of Continuing Garnishment, filed on October 24, 2012. (Doc. 24) Having examined the Application, the Court finds the requirements of 28 U.S.C. § 3205(b)(1) have been met. Accordingly, the Clerk of Court is hereby directed to issue the appropriate Writ of Continuing Garnishment.

**DONE AND ORDERED** this  _26th_ day of October, 2012

                                        *s/Maurice M. Paul*
                                      Maurice M. Paul, Senior District Judge